# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2219
Lower Tribunal No. 20-24773

————————

**Abenaias Da Silva, et al.,**
Appellants,

vs.

**Romeu Pradines,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Urban Thier & Federer, P.A., and John L. Urban (Orlando), for appellants.

Sachs Sax Caplan, P.L., and Robert Rivas (Boca Raton), for appellee.

Before FERNANDEZ, C.J., and LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.